### WINFREY ARMSTRONG v. THE STATE.

#### No. 6038.   Decided January 26, 1921.

**Intoxicating Liquors—Statement of Facts—Practice, on Appeal.**

In the absence of a statement of facts, the record showing a plea of guilty, and there being a sufficient indictment, the conviction of unlawfully selling intoxicating liquors is sustained.   Following Gipson v. State, 86 Texas Crim. Rep., 364, and other cases.

Appeal from the District Court of Camp.    Tried below before the Honorable J. A. Ward.

Appeal from a conviction of unlawfully selling intoxicating liquors; penalty, one year imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*Alvin M. Owsley,* Assistant Attorney General, for the State.—Cited cases in opinion.

LATTIMORE, JUDGE.—In this case appellant was convicted of unlawfully selling intoxicating liquor, and his punishment fixed at confinement in the penitentiary for one year.   It appears from the record that appellant entered his plea of guilty and his punishment was fixed by the jury at the minimum penalty fixed by the offense charged in the indictment. Appellant having pleaded guilty, and there being no state-

ment of facts or bills of exceptions in the record, there appears nothing before us to consider.

The judgment of the trial court is affirmed. Grandberry v. State, 86 Texas Crim. Rep., 232, 216 S. W. Rep., 164; Gipson v. State, 86 Texas Crim. Rep., 364, 216 S. W. Rep., 870.

*Affirmed.*